IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| KENNETH HINTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:11cv00186-LO-TCB |
| | ) | |
| BARCLAYS BANK DELAWARE, | ) | |
| | ) | |
| Defendant. | ) | |

### **DEFENDANT'S ANSWER**

DEFENDANT BARCLAYS BANK DELAWARE ("Barclays") hereby answers Plaintiff's Complaint as follows:

Each and every allegation asserted in Plaintiff's Complaint in its paragraph of Claim is denied.

Respectfully submitted this 1st day of March, 2011.

BARCLAYS BANK DELAWARE,


/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Barclays Bank Delaware
MONTGOMERY & SIMPSON, LLP
2116 Dabney Road, Suite A-1
Richmond, Virginia 23230
Telephone:  (804) 355-8744
Facsimile:  (804) 355-8748
Email: jmontgomery@jwm-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of March, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties and I hereby certify that I will mail the document by U.S. mail to the following non-filing user:

Kenneth Hinton
2200 Wilson Boulevard
Suite 102-004
Arlington, Virginia 22201-3397

Dated: March 1, 2011.

/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Barclays Bank Delaware
MONTGOMERY & SIMPSON, LLP
2116 Dabney Road, Suite A-1
Richmond, Virginia 23230
Telephone:  (804) 355-8744
Facsimile:  (804) 355-8748
Email: jmontgomery@jwm-law.com