IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| KENNETH HINTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:11-cv-00186 |
| ) | |
| BARCLAYS BANK DELAWARE, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S DISCLOSURE STATEMENT**

DEFENDANT BARCLAYS BANK DELAWARE ("Barclays"), by Counsel files this disclosure statement in accordance with Rule 7.1 and states as follows:

Barclays, PLC is the parent corporation of Barclays Bank, PLC, which in turn is the parent corporation of Barclays Delaware Holdings, Inc., which in turn is the parent corporation of Defendant, Barclays Bank Delaware. Other than as stated, no other public corporation owns 10% or more of Barclays Bank Delaware stock.

Respectfully submitted this 2nd day of March, 2011.

BARCLAYS BANK DELAWARE,

/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Barclays Bank Delaware
Montgomery & Simpson, LLLP
2116 Dabney Road, Suite A-1
Richmond, VA 23230
Telephone (804) 355-8744
Facsimile (804) 355-8748
Email: jmontgomery@jwm-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of March, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties and I hereby certify that I will mail the document by U.S. mail to the following non-filing user:

Kenneth Hinton
2200 Wilson Boulevard
Suite 102-004
Arlington, Virginia 22201-3397

Dated: March 2, 2011.

        /s/
        John W. Montgomery, Jr.
        Virginia State Bar No. 37149
        Counsel for Barclays Bank Delaware
        Montgomery & Simpson, LLLP
        2116 Dabney Road, Suite A-1
        Richmond, VA 23230
        Telephone (804) 355-8744
        Facsimile (804) 355-8748
        Email: jmontgomery@jwm-law.com